## N. Y. SUPERIOR COURT.

ADRIAN H. MULLER and others agt. ELIAS S. HIGGINS.

On a motion for a new trial on the *judge's minutes,* no costs as for a *motion* can be allowed. The prevailing party ts entitled only to a *trial fee* for the trial of an issue of fact.

*Special Term, December,* 1872.

APPEAL from the taxation of costs.

On the rendering of the verdict the defendant moved for a new trial upon the judge's minutes, under section 264 of the code. The motion was denied. Upon the taxation of the plaintiff's costs, the clerk disallowed any other than a motion fee for the motion for a new trial, and the plaintiff appealed.

MR. FOSTER, *for appellant.*

MR. BABCOCK, *opposed.*

MONELL, *J.*—The construction of this court in *Scudder* agt. *Gori* (28 *How.,* 155), of the 307th section of the code was, that a motion for a new trial upon a case, although necessarily made at the special term, carried the same costs, as upon an appeal from a judgment which could only be heard at the general term. Such motion for a new trial is named in express terms in the section, and is given the same costs as upon an appeal.

But a motion for a new trial made upon the judge's minutes is not a motion *on a case* ; and although the grounds of the motion are the same, nevertheless, no *case* is required to be prepared, or settled, or used on the motion.

The construction, therefore, of the section in *Scudder* agt.

*Gori* will not admit of its coming or being extended to any other motion for a new trial, than such as is made upon *a case* regularly made and settled.

Neither in my judgment is the plaintiff entitled to the fee prescribed for the trial of an issue of law. A motion of this character does not seem to me to be within the code's definition of a trial—namely, "a judicial examination of the *issues* between the parties" (§ 252).

But as this court at general term, many years ago, in an opinion which is fortified by several decisions of other courts (*Mechanics Banking Ass.* agt. *Kiersted,* 10 *How.,* 400), and subsequently sustained in the general term of the supreme court (*Place* agt. *The Butternuts W. & C. Co.,* 28 *How.,* 184), held, that a motion for a new trial on a case was a *trial* within the definition alluded to, I am constrained to apply the principle to a like motion, made upon the judge's minutes. There is no difference between the motions as respects this question.

If one is a trial, the other is equally so.

I am not aware of any subsequent decision or amendment of the code, which deprives the case referred to of its authority.

The plaintiff is entitled to a trial fee for the trial of an issue of fact, but not to any costs as for a motion.